

ORDERED in the Southern District of Florida on October 23, 2014.

UNITED STATES
SOUTHERN DI
FORT LAUDERDALE DIVISION
Raymond B. Ray, Judge
United States Bankruptcy Court

In re:  
Agustin Gonzalez  
XXX-XX-7497  

Judy Gonzalez  
XXX-XX-4714  
　　　　　　　Debtors /

CASE NO.: 14-30770 RBR  
CHAPTER 13

### ORDER GRANTING MOTION TO EXTEND THE AUTOMATIC STAY

THIS CAUSE came on to be heard on October 16th, 2014, upon Debtors' Motion to Extend the Automatic Stay (DE # 7), Pursuant to 11 U.S.C. §362(c)(3), and based upon the record, it is:

**ORDERED and ADJUDED** as follows:

1. Debtors' Motion to Extend the Automatic Stay is GRANTED.

2. The stay is extended under 11 U.S.C. §362(a) as to all creditors for the duration of this chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d) and for any other relief that is deemed proper.

(###)

Patrick L. Cordero is hereby directed to furnish a conformed copy of this order to all interested parties.